In the Matter of the Application of PETER J. BRENNAN and Another, Copartners, etc., Respondents, for a Peremptory Mandamus Order against CHARLES W. BERRY,

Comptroller of the City of New York, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.